UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Magistrate Case No._____ |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| **Dennis Michael BOULCH** ) | 1324(a)(2)(B)(iii)- Bringing in Illegal Aliens |
| ) | Without Presentation |
| Defendant. ) | |
| ) | |
| ) | Title 8, U.S.C., Section |
| ) | 1544-Misuse of Passport |
| _____ ) | |

The undersigned complainant being duly sworn states:

### Count I

On or about **June 3, 2008**, within the Southern District of California, defendant **Dennis Michael BOULCH**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Ruben ANGELES-Perez, Eva Maria RAFAEL-Marquez, and Felipa GUERRERO-Quiles**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count II

On or about **June 3, 2008**, within the Southern District of California, defendant **Dennis Michael BOULCH**, did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. Passport number **035984403**, issued to **Denise Anne Daly**, to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not **Denise Anne Daly**, that the passport was not issued or designed for his use. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4TH DAY OF **JUNE, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Ruben ANGELES-Perez, Eva Maria RAFAEL-Marquez, and Felipa GUERRERO-Quiles** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 3, 2008, at approximately 0458 hours, **Dennis Michael BOULCH (Defendant)** made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver and sole visible occupant of a stolen, silver Chevrolet Tahoe. Upon inspection before a U.S. Customs and Border Protection (CBP) Officer, Defendant made two negative customs declarations and presented an altered United States Passport. The CBP officer conducted an inspection of the vehicle and discovered individuals concealed within the rear cargo area. The vehicle and its occupants were escorted to secondary for further inspection.

In secondary, CBP Officers removed five individuals from the rear cargo area of the vehicle. Three of the five individuals were retained as Material Witnesses and are now identified as **Ruben ANGELES-Perez (MW1), Eva Maria RAFAEL-Marquez (MW2), and Felipa GUERRERO-Quiles (MW3).** Material Witnesses were determined to be citizens of Mexico without legal documents to enter the United States.

On separate videotaped interviews, Material Witnesses admitted they are citizens of Mexico without legal rights or entitlements to enter the United States. Material Witnesses stated they were going to pay between $2,500 and $3,000 U.S. dollars to be smuggled into the United States. Material Witnesses stated they were going to California to seek employment or reunite with family.