# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>Dennis Bovlch<br><br>　　　　Defendant(s) | CRIMINAL NO. 08 mj 1750<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

　　　　On order of the United States District/Magistrate Judge,　**RUBEN B. BROOKS**

　　　　IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Felipa Guerrero

DATED: 6/11/2008

RECEIVED
　2008 JUN 11 A 11: 12
　U.S. MARSHAL
　SOUTHERN DISTRICT
　CALIFORNIA

**RUBEN B. BROOKS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.　Clerk
　by
　　　Deputy Clerk
　　K. HAMMERLY