UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR1977-BEN |
| Plaintiff | ) | CRIMINAL NO. 08mj1750 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Dennis Bculch | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eva Maria Rafael-Marquez

DATED: 6/17/8

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
            DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by  J. Jacala
Deputy Clerk

**J. JARABEK**

☆ U.S. GPO: 2003-581-774/70062

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95