1  ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
   2044 First Avenue, Suite 200
2  San Diego, California 92101
   Telephone: (619) 233-7521
3  Facsimile: (619) 233-4516

4  Attorney for Material Witness, Eva Maria Rafael-Marquez

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No: 08CR1977 |
| | Magistrate Case No: 08MJ1750 |
| Plaintiff, | |
| | **MOTION TO WITHDRAW DOCUMENT** |
| vs. | **FROM FILE** |
| Dennis Michael Boulch, | |
| Defendant. | |

## MOTION TO WITHDRAW

I, Robert E. Schroth Jr.**,** attorney for material witness, Eva Maria Rafael-Marquez, submit this Motion to Withdraw the Material Witness Bond Exoneration from the file.

On behalf of the material witness, I am requesting that the court withdraw the Material Witness Bond Exoneration.

Dated:  July 15, 2008               s/Robert E. Schroth
                                    Robert E. Schroth Jr.
                                    Attorney for the Material Witness

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness